(eff. 3/10)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Ronald Jacob

    v.                          CA 16-198 ML

City of Cranston


### STANDARD RULE 16(b) SCHEDULING CONFERENCE NOTICE

    A Rule 16(b) pretrial scheduling conference regarding the above case will be held before Senior United States District Judge **Mary M. Lisi** in Chambers (third floor) on **Monday, June 27, 2016 at 11:30 a.m.**

    In order to facilitate an informed discussion of the merits of the case and the prospect for settlement, lead counsel are required to confer <u>prior</u> to that time for the following purposes (pursuant to counsel's obligations under Fed. R. Civ. P. 26(f)):

1. Exchanging relevant information and documents;

2. Identifying the facts that are in dispute;

3. Identifying the legal issues;

4. Identifying as precisely as possible the nature of the discovery contemplated by each party;

5. Exploring the possibility of settlement before substantial expenditures of time and money are made;

6. Possible referral to ADR (Alternative Dispute Resolution) in the form of a mandatory Settlement Conference before a Magistrate Judge or a conference with the ADR Administrator (the ADR Summary can be found at: http://www.rid.uscourts.gov/menu/generalinformation/adr

[/adrprogramsummary-071912.pdf](/adrprogramsummary-071912.pdf)

In addition, at least seven (7) days prior to the conference, counsel for each party asserting a claim (including a counterclaim and/or cross-claim) shall <u>electronically file</u> a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues which may arise.

Trial counsel(including counsel admitted *pro hac vice*) must attend the conference, unless previously excused by the presiding judge, and should be prepared to discuss each of the aforementioned subjects.

**Counsel are instructed to notify the clerk for Judge Mary M. Lisi if counsel for any party has been omitted from the list of counsel receiving this notice.**

/s/Susan Feeley
Deputy Clerk
**May 24, 2016**

**Notice Sent To:**
V. Edward Formisano, Esq.
Timothy M. Bliss, Esq.